HOFFMAN, administrator, *et al.* v. CHESTER, *et al.*

WYATT, Justice. This court having held that the trial court erred in overruling a general demurrer to the petition (*Hoffman* v. *Chester*, ante), it follows that subsequent proceedings, including the allowance of an intervention and the granting of an interlocutory injunction, were nugatory; and the judgments of the trial court must be

Reversed. *All the Justices concur, except Bell, J., absent on account of illness.*

No. 16323.  SEPTEMBER 15, 1948.

C. E. *Moore*, *Oliver C.* *Hancock*, and *Grant, Wiggins, Grizzard & Smith*, for plaintiffs in error.

J. *Walter LeCraw*, *James H.* *Dodgen*, *Howell Brooke*, and *H. A.* *Irwin*, contra.